**Charles H. NAUTS, Collector of Internal Revenue, v. BUCKEYE RELINER PRODUCING CO.**

No. 5700.

Circuit Court of Appeals, Sixth Circuit.

June 11, 1930.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio, for appellant.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.